1
2
3
4
5
6
7
8
9
10
11

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| ALLIANZ GLOBAL RISKS US INSURANCE COMPANY,<br><br>          Plaintiff,<br>     v.<br>PACIFIC AVIATION DEVELOPMENT, LLC, FRANKLIN PORATH and MARY PORATH,<br><br>          Defendants. | Case No. CV 20-6180-GW-PLAx<br><br>Hon. George H. Wu<br><br>**ORDER GRANTING JOINT STIPULATION AND PROPOSED ORDER FOR DISMISSAL OF ACTION**<br><br>[Filed concurrently with Proposed Order] |
|---|---|

    The Court has read and considered the foregoing "**JOINT STIPULATION AND PROPOSED ORDER FOR DISMISSAL OF ACTION**" GOOD CAUSE HAVING BEEN SHOWN:

IT IS HEREBY **ORDERED:**

   1. That Plaintiff ALLIANZ GLOBAL RISKS US INSURANCE COMPANY's Complaint is hereby dismissed without prejudice.

1
ORDER

156.0050

2. Each of the respective parties will bear their own costs and attorney's fees.

**IT IS SO ORDERED.**

Dated: September 3, 2020

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE

156.0050